## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.      5:25-cv-00067-DOC-AJR                    Date:  November 17, 2025
                                                       Page 1 of 2

Title:    Patricia Bellows v. J. Perez, et al.

---

DOCKET ENTRY:      **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

|   Claudia Garcia-Marquez   |   None   |   None   |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                            None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On January 9, 2025, *pro se* Plaintiff Patricia Bellows ("Plaintiff"), an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at the California Institution of Women ("CIW"), filed a complaint (the "Complaint") pursuant to 42 U.S.C. § 1983.  (Dkt. 1.)  On September 16, 2025, the Court dismissed the Complaint with leave to amend.  (Dkt. 13.)  Plaintiff was required to file a First Amended Complaint ("FAC") by October 16, 2025.  (Id. at 14.)  Plaintiff was explicitly cautioned that failure to timely file a FAC, or failure to correct the deficiencies, may result in a recommendation that this action or certain claims be dismissed with prejudice.  (Id.)

More than a month has passed since Plaintiff's deadline to file a FAC in response to the Court's Order.  As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a FAC, if any, by

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:25-cv-00067-DOC-AJR                    Date:  November 17, 2025
                                                       Page 2 of 2

Title:      Patricia Bellows v. J. Perez, et al.

**December 1, 2025** or show cause why the action should not be dismissed with prejudice
for failure to prosecute.  If Plaintiff chooses to file a FAC, it should attempt to remedy the
pleading defects identified in the September 16, 2025 dismissal order (Dkt. 13), bear the
docket number assigned to this case (5:25-cv-00067-DOC-AJR), be labeled "First
Amended Complaint," and be complete in and of itself without reference to the original
Complaint, or any other documents (except any document that Plaintiff chooses to attach
to the FAC as an exhibit).  Plaintiff is encouraged to state her claims in simple language
and provide only a brief statement of supporting facts, omitting facts that are not relevant.
Should Plaintiff decide to file a FAC, she is strongly encouraged to utilize the CV-66 form
complaint attached to this Order.

          **Plaintiff is expressly advised that if she does not file a FAC by the Court's
deadline or respond to this order, the Court will recommend that this action be
dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for
failure to prosecute and obey Court orders**.  If Plaintiff no longer wishes to pursue this
action or certain claims or defendants, she may voluntarily dismiss the entire action,
certain claims, or certain defendants by filing a Notice of Dismissal in accordance with
Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for
Plaintiff's convenience.

          IT IS SO ORDERED.


Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.