JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA BELLOWS

          Plaintiff,

   v.

J. PEREZ, ET AL.,

          Defendant(s).

Case No. 5:25-cv-00067-DOC-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for failure to prosecute and failure to comply with Court orders.

DATED: March 3, 2026

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE